**Order filed January 10, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00983-CR
_____

**AJA  CRAWFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-CCR-183616**

## ORDER

The record was due on December 27, 2018. Robin Rosen, the court reporter for County Court at Law No. 3 of Fort Bend County, has notified this court that appellant has not paid or arranged to pay for it and is not appealing as indigent. However, the trial court appointed counsel for appellant, implying the trial court has found appellant indigent and entitled to a free record on appeal. Accordingly, Rosen shall file the reporter's record by **February 11, 2019**. *See* Tex. R. App. P. 35.3(b)(3).

PER CURIAM